AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11729068

**RECEIVED**
By USMS District of Columbia District Court at 1:08 pm, Oct 18, 2024

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00329 |
| | ) Assigned to: Judge Upadhyaya, Moxila A. |
| TERRELL EDMONDSON | ) Assign Date: 10/17/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **TERRELL EDMONDSON**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 924(c)(1)(A)(ii) - Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence
18 U.S.C. § 2 - Aiding and Abetting
18 U.S.C. § 2119 - Carjacking

Date:  10/17/2024

Moxila A. Upadhyaya
Digitally signed by Moxila A. Upadhyaya
Date: 2024.10.17 20:31:16 -04'00'

*Issuing officer's signature*

City and state:  Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/18/24, and the person was arrested on *(date)* 10/21/24
at *(city and state)* Washington DC.

Date: 10/21/24

Megan Kim
*Arresting officer's signature*

DUSM
*Printed name and title*